# Order

Michigan Supreme Court
Lansing, Michigan

November 4, 2014

Robert P. Young, Jr.,
Chief Justice

149567(65)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHABAD-LUBAVITCH OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 149567
COA: 312037
Oakland CC: 2012-126333-CH

DR. DOV SCHUCHMAN, KEN KOHN, DORENE
SOBCZAK, NEIL CRAFT, ANDREA
FEUEREISEN, DALE GOODMAN, LEAH RUBY,
ELIMELECH SILBERBERG, SARA TUGMAN
BAIS CHABAD TORAH, and CONREGATION
BAIS CHABAD OF WEST BLOOMFIELD,
      Defendants-Appellants.
_____/

      On order of the Chief Justice, the motion for the temporary admission of L. Martin Nussbaum to practice *pro hac vice* under MCR 8.126(A) is GRANTED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2014

